UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:10-CR-15-1FL
NO. 7:10-CR-15-2FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FREEDMAN FARMS, INC., | ) | |
| Defendant | ) | |
| WILLIAM BARRY FREEDMAN, | ) | |
| Defendant | ) | |

Upon the motion of the United States of America for an Emergency Order to Compel Access to Freedman Farm Property in Order to Conduct Scientific Testing and/or Discovery, and for good cause shown, it is hereby ORDERED as follows:

Agents and Technical Experts, acting on behalf of the United States, and representatives of the United States Department of Justice, are hereby permitted the limited access to the Freedman Farm Property in Columbus County, North Carolina, during daylight hours, of March 15 and March 16, 2011, for the purpose of making observations and recording scientific information consistent with the request herein. It is understood that the access is to be conducted in such a manner as to be minimally intrusive and will focus primarily on Browder's Branch.

A copy of this signed order shall be delivered as promptly

-8-

as possible in order to implement the intentions of this Court as set-forth herein.

SO ORDERED, this \_\_14th\_\_ day of March, 2011.

_____
HON. LOUISE WOOD FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

-9-