UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:10-CR-15-1FL
NO. 7:10-CR-15-2FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREEDMAN FARMS, INC., | ) | |
| Defendant | ) | |
| WILLIAM BARRY FREEDMAN, | ) | |
| Defendant | ) | |

Upon the motion of the United States, it is hereby ORDERED that the United States may file, out of time, Doc. No. 109, United States' Response to Defendant Freedman Farms' Motion for Use of Jury Questionnaire (Doc. No. 107).

SO ORDERED, this 10TH day of May, 2011.

_____
HONORABLE LOUISE W. FLANAGAN
Chief United States District Judge